JS-6

JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@aporter.com
ALAN C. VERONICK (*Pro Hac Vice*)
Alan.Veronick@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*
SWEET PEOPLE APPAREL, INC. d/b/a MISS ME and RCRV, Inc. d/b/a ROCK REVIVAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LA IDOL FASHION, INC., a California corporation, I-Yun Yih a/k/a Nancy Yih, an individual, and JOHN DOES 1-10, inclusive<br><br>Defendants. | Case No.: CV12-06408 (SJO) (PLAX)<br><br>Hon. S. James Otero<br><br>**[PROPOSED] PERMANENT INJUNCTION ORDER AND JUDGMENT ON CONSENT** |

1  WHEREAS, the Plaintiffs in this action are Sweet People Apparel, Inc. d/b/a
2  Miss Me ("Sweet People"), and RCRV, Inc. d/b/a Rock Revival ("RCRV"); and
3  WHEREAS, the Defendants in this action are LA Idol Fashion, Inc. ("LA Idol"),
4  I-Yun Yih a/k/a Nancy Yih ("Nancy Yih") and John Does 1-10; and
5  WHEREAS, Sweet People is the owner of U.S. copyright registrations for
6  certain designs it uses on and in connection with its MISS ME line of jeanswear
7  products, including a Reverse Western Paisley JP5123 Design (U.S. Copyright
8  Registration No. VA 1-740-404); Wide M Pocket Stitch Design (U.S. Copyright
9  Registration No. VA 1-733-503); and Split Fleur De Lis Design (U.S. Copyright
10 Registration No. VA 1-807-380) (such copyrighted designs being collectively referred
11 to as the "Sweet People Copyrighted Designs"), copies of the aforesaid registration
12 certificates, and photographs of representative examples of Sweet People jeanswear
13 products bearing the Sweet People Copyrighted Designs, being attached hereto as
14 Exhibit A and incorporated herein by reference; and
15 WHEREAS, Sweet People is the owner of a U.S. trademark registration for its
16 WIDE M DESIGN Trademark (U.S. Trademark Registration No. 4,039,938), a copy of
17 the registration certificate, and a photograph of a representative example of a Sweet
18 People jeanswear product bearing the WIDE M DESIGN Trademark, being attached
19 hereto as Exhibit B and incorporated herein by reference; and
20 WHEREAS, RCRV is the owner of a U.S. trademark application for its
21 ARROW STITCH DESIGN Trademark (U.S. Trademark Application No.
22 85/330,876), a copy of a photograph of a representative example of an RCRV
23 jeanswear product bearing the ARROW STITCH DESIGN Trademark, being attached
24 hereto as Exhibit C and incorporated herein by reference; and
25 WHEREAS, on July 26, 2012, Plaintiffs Sweet People and RCRV filed a
26 Complaint (Dkt. No. 1) alleging that LA Idol created, designed, purchased, imported,
27 distributed, offered for sale and/or sold certain jeanswear products bearing designs that
28 infringe their rights in and to the Sweet People Copyrighted Designs, Sweet People's

1 FABRIC CUT OUT DESIGN Trademark and RCRV's INVERTED FLEUR DE LIS
2 DESIGN Trademark, including the jeanswear products depicted in the attached
3 Exhibits D, E and F (collectively, the "Infringing Products"); and
4       WHEREAS, the Court has jurisdiction over the subject matter of this action and
5 over Plaintiffs and Defendants, and venue in this action being proper in this judicial
6 district; and
7       WHEREAS, Plaintiffs and Defendants have consented to the entry of this
8 Permanent Injunction Order and Judgment on Consent in full and final resolution of
9 the claims asserted between and among them in the Civil Action, as follows:
10     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**, LA
11 Idol, its respective subsidiaries, affiliates, divisions, officers, directors, principals,
12 servants, employees, successors and assigns, and its President, Nancy Yih, and all
13 those in active concert or participation with them, or under their direct or indirect
14 control, including manufacturers, suppliers, distributors and retailers of any Infringing
15 Products, who receive notice of this Order, are hereby enjoined, restrained and
16 prohibited from:
17     1.    Manufacturing, designing, creating, copying, imitating, importing,
18 exporting, distributing, supplying, marketing, advertising, promoting, offering for sale
19 or selling any product bearing a design that is substantially similar in overall
20 appearance to, or making any other unauthorized use of, any of the Sweet People
21 Copyrighted Designs, so as to constitute an infringement of such design in violation of
22 the U.S. Copyright Act, as amended, 17 U.S.C. § 101 *et seq*.;.
23     2.    Manufacturing, designing, creating, copying, imitating, importing,
24 exporting, distributing, supplying, marketing, advertising, promoting, offering for sale
25 or selling any product bearing a design that is confusingly similar to, or making any
26 other unauthorized use of, Sweet People's WIDE M DESIGN Trademark and/or
27 RCRV's ARROW STITCH DESIGN Trademark, so as to constitute an infringement
28 of such design in violation of the Lanham Act, as amended, 15 U.S.C. § 1051 *et seq.*.

3. Manufacturing, designing, creating, copying, imitating, importing, exporting, distributing, supplying, marketing, advertising, promoting, offering for sale and/or selling the Infringing Products, or any other product bearing a design that violates Paragraphs 1-2 of this Order and Judgment.

4. Within ten (10) days following entry of this Order and Judgment, LA Idol shall provide a copy of this Order and Judgment to its manufacturers, suppliers, distributors and retail and wholesale customers for any of the Infringing Products.

5. Plaintiffs and Defendants have acknowledged that, due to LA Idol's record keeping practices, the monetary relief to which Plaintiffs would be entitled as a result of any violation of any of the terms in Paragraphs 1-3 of this Order and Judgment may not be readily ascertainable. Accordingly, in the event of a violation by Defendants of Paragraphs 1-3 of this Order and Judgment, in addition to any equitable relief to which Plaintiffs may be entitled, the Parties agree that Defendants shall be liable to Plaintiffs, at Plaintiffs sole option, as follows:

(a) Plaintiffs' actual damages as provided for in 17 U.S.C. § 504(b) of the U.S. Copyright Act and 15 U.S.C. § 1117(a) of the Lanham Act and/or a disgorgement of LA Idol's profits as provided for in 17 U.S.C. § 504(b) of the U.S. Copyright Act and 15 U.S.C. § 1117(a) of the Lanham Act; or

(b) The liquidated sum of one-hundred and fifty thousand ($150,000) per infringement in the case of Paragraphs 1 or 2, and per violation of Paragraph 3, as the Parties have agreed that such sum is reasonably proportionate to Plaintiffs' foreseeable losses for any violation of Paragraphs 1-3 of this Order and Judgment.

6. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice the claims they have asserted against Defendants John Does 1-10.

7. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Order and Judgment, and the Parties' Settlement Agreement, by way of contempt motion or otherwise.

8. The Parties waive any right to appeal this Order and Judgment.

9. The Parties agree that each Party shall bear its own costs and fees associated with this Order and Judgment and the Civil Action.

**IT IS SO ORDERED.**

DATED: September 22, 2012

_____
S. James Otero
UNITED STATES DISTRICT JUDGE

Submitted By:

ARNOLD & PORTER LLP
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

By: _s/James S. Blackburn_
　　　James S. Blackburn

　　*Attorneys for Plaintiffs*

LEXINT LAW P.C.
Robert C. Hsu (State Bar No. 225437)
robert@rchlawgroup.com
9525 Las Tunas Dr.
Temple City, CA 91780
Telephone: (626) 286-7055
Facsimile: (626) 604-0345

By: _s/Robert C. Hsu_
　　　Robert C. Hsu

　　*Attorneys for Defendants*